## SHARP v. STATE.
### No. 24355.

Court of Criminal Appeals of Texas.
April 27, 1949.

———◆———

Chas. Nordyke, of Stephenville, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

DAVIDSON, Judge.

This purports to be an appeal from a conviction for driving an autombile upon a public highway while intoxicated.

The record before us contains no final judgment, without which this court has no jurisdiction to entertain this appeal. 4 Tex.Jur., Sec. 16, p. 32.

Accordingly, the appeal is dismissed.

Opinion approved by the Court.